CHANDLER *against* BICKNELL.

It is not a   THE plaintiff unexpectedly failing at the trial to esta-
good ground of
opposition to a  blish by proof the absence from the state of a subscribing
motion for judg-  witness to the bond on which this suit was brought, so as
ment as in case
of nonsuit, that  to let in secondary evidence; on his motion, the Circuit
the judge al-  Judge allowed him to withdraw a juror; and the cause
lowed     the
plaintiff   to  went off for the circuit.   And, now,
withdraw   a
juror, because
of an unexpec-   *J. Platt*, for the defendant, moved for judgment as in
ted defect in
his proof.    case of nonsuit.

   *C. P. Kirkland*, contra, insisted that where the Circuit
Judge allows the plaintiff to withdraw a juror, this ex
cuses him both from payment of the costs, and a judg
ment of nonsuit; and he cited Tidd, 785 ; 1 Archb. Pr
174.

   *Curia.*   We do not see why this case should not stand
on the same footing, as if the cause had gone off at the
circuit, for want of sufficient testimony on the part of the
plaintiff, without a jury being sworn.   We might refuse
to nonsuit the plaintiff, or excuse from stipulating ; but
not from costs.   There must be the usual rule *nisi*.

                                     Motion granted.